Anthony J. Viola
Andre K. Cizmarik
Jennifer L. Dereka
Zachary W. Silverman
EDWARDS WILDMAN PALMER LLP
Attorneys for Plaintiffs
  Kowa Company, Ltd.,
  Kowa Pharmaceuticals America, Inc., and
  Nissan Chemical Industries, Ltd.
750 Lexington Ave.
New York, NY 10022
(212) 308-4411

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kowa Company, Ltd.,<br>Kowa Pharmaceuticals America, Inc., and<br>Nissan Chemical Industries, Ltd.,<br><br>       Plaintiffs,<br><br> v.<br><br>Sawai USA, Inc., and<br>Sawai Pharmaceutical Co., Ltd.,<br><br>       Defendants. | Civil Action No. _____<br><br><br>**PLAINTIFFS'**<br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiffs Kowa Company, Ltd. ("KCL"), Kowa Pharmaceuticals America, Inc. ("KPA") (collectively, "Kowa"), and Nissan Chemical Industries, Ltd. ("NCI") certifies as follows:

  1.  KPA is a wholly owned U.S. subsidiary of KCL.

  2.  As to KCL, there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

3.     As to NCI, there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York
         July 22, 2014

                                   Kowa Company, Ltd.,
                                   Kowa Pharmaceuticals America, Inc.,
                                   and Nissan Chemical Industries, Ltd.

                                   By their attorneys,

                                   Anthony J. Viola
                                   Andre K. Cizmarik
                                   Jennifer L. Dereka
                                   Zachary W. Silverman
                                   EDWARDS WILDMAN PALMER LLP
                                   750 Lexington Avenue
                                   New York, New York 10022
                                   Phone:  (212) 308-4411

                                   David G. Conlin (to be admitted *pro hac vice*)
                                   Kathleen B. Carr (to be admitted *pro hac vice*)
                                   Adam P. Samansky
                                   EDWARDS WILDMAN PALMER LLP
                                   111 Huntington Avenue
                                   Boston, MA 02199-7613
                                   Phone:  (617) 239-0100

2