UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-9-15

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc.,
and Nissan Chemical Industries, Ltd.

Plaintiffs,

v.

Sawai USA, Inc. and
Sawai Pharmaceutical Co., Ltd.

Defendants.

Case No. 1:14-CV-5575(PAC)(DCF)

[Proposed] Order

Upon consideration of Sawai Pharmaceutical Co., Ltd.'s Notice Of Withdrawal Of Motion To Dismiss filed March 6, 2015, and for good cause shown,

It is hereby ORDERED that:

the pending Motion To Dismiss for Lack of Personal Jurisdiction (Dkt No. 41) is withdrawn, an Answer to the Complaint shall be filed by Sawai Pharmaceutical Co., Ltd. within 10 days of this Order, and each party shall bear its own costs and fees in connection with the Motion to Dismiss.

SO ORDERED this 9th day of March, 2015

_____
PAUL A. CROTTY
United States District Judge