IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 16, 2015

| | |
|---|---|
| Kowa Company, Ltd., Kowa Pharmaceuticals America, Inc., and Nissan Chemical Industries, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Aurobindo Pharma Limited and Aurobindo Pharma USA Inc., <br><br> Defendants. | Civil Action No. 14-CV-2497 (PAC) |
| Kowa Company, Ltd., Kowa Pharmaceuticals America, Inc., and Nissan Chemical Industries, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Amneal Pharmaceuticals LLC, <br><br> Defendant. | Civil Action No. 14-CV-2758 (PAC) |
| Kowa Company, Ltd., Kowa Pharmaceuticals America, Inc., and Nissan Chemical Industries, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Mylan Inc. and Mylan Pharmaceuticals Inc., <br><br> Defendants. | Civil Action No. 14-CV-2647 (PAC) |

| | |
|---|---|
| Kowa Company, Ltd.,<br>Kowa Pharmaceuticals America, Inc., and<br>Nissan Chemical Industries, Ltd.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Orient Pharma Co., Ltd.,<br><br>　　　　　Defendant. | Civil Action No. 14-CV-2759 (PAC) |
| Kowa Company, Ltd.,<br>Kowa Pharmaceuticals America, Inc., and<br>Nissan Chemical Industries, Ltd.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (dba Zydus Cadila),<br><br>　　　　　Defendants. | Civil Action No. 14-CV-2760 (PAC) |
| Kowa Company, Ltd.,<br>Kowa Pharmaceuticals America, Inc., and<br>Nissan Chemical Industries, Ltd.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Sawai USA, Inc. and<br>Sawai Pharmaceutical Co., Ltd.,<br><br>　　　　　Defendants. | Civil Action No. 14-CV-5575 (PAC) |

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

Plaintiffs,

v.

Apotex, Inc. and Apotex Corp.,

Defendants.

Civil Action No. 14-CV-7934 (PAC)

## [PROPOSED] ORDER FOR DEFENDANTS' APPLICATION FOR ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO THE APPROPRIATE JUDICIAL AUTHORITIES OF THE SWISS CONFEDERATION PURSUANT TO THE HAGUE EVIDENCE CONVENTION

Before the Court is Defendants' Application for Issuance of Letters of Request for International Judicial Assistance to the Appropriate Judicial Authorities of the Swiss Confederation Pursuant to the Hague Evidence Convention filed by Defendants Aurobindo Pharma Limited, Aurobindo Pharma USA Inc., Amneal Pharmaceuticals LLC, Mylan Inc., Mylan Pharmaceuticals Inc., Orient Pharma Co., Ltd., Zydus Pharmaceuticals (USA) Inc., Cadila Healthcare Ltd. (dba Zydus Cadila), Sawai USA, Inc., Sawai Pharmaceutical Co., Ltd., Apotex, Inc., and Apotex Corp. (collectively, "Defendants"). After considering the Application and finding good cause exists for granting the Application, the Court is of the opinion that the Application should be GRANTED.

IT IS THEREFORE ORDERED that the Letters of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, attached to the Application, be issued.

**IT IS SO ORDERED.**

SO ORDERED: 6-15-15

_/s/ Paul Crotty_
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE