# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13, 2016

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

              Plaintiffs,

v.

Amneal Pharmaceuticals, LLC,

              Defendants.

Civil Action No. 14-CV-2758 (PAC)

---

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

              Plaintiffs,

v.

Mylan Inc. and Mylan Pharmaceuticals Inc.,

              Defendants.

Civil Action No. 14-CV-2647 (PAC)

---

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

              Plaintiffs,

v.

Zydus Pharmaceuticals (USA) Inc., and Cadila
Healthcare Ltd. (dba Zydus Cadila),

              Defendants.

Civil Action No. 14-CV-2760 (PAC)

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

        Plaintiffs,

v.

Orient Pharma Co., Ltd.,

        Defendants.

Civil Action No. 14-CV-2759 (PAC)

---

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

        Plaintiffs,

v.

Sawai USA, Inc., and
Sawai Pharmaceutical Co., Ltd.,

        Defendants.

Civil Action No. 14-CV-5575 (PAC)

---

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

        Plaintiffs,

v.

Apotex, Inc. and Apotex Corp.,

        Defendants.

Civil Action No. 14-CV-7934 (PAC)

Kowa Company, Ltd.,
Kowa Pharmaceuticals America, Inc., and
Nissan Chemical Industries, Ltd.,

              Plaintiffs,

v.

Lupin Ltd. and Lupin Pharmaceuticals, Inc.,

              Defendants.

Civil Action No. 15-CV-3935 (PAC)

## STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, subject to the approval and order of the Court, that the following discovery deadlines set forth under the Civil Case Management Plan and Scheduling Order entered by the Court on October 17, 2014 (*see* ECF No. 55, in Civil Action No. 14-cv-2647), February 23, 2015 (*see* ECF No. 38, in Civil Action No. 14-cv-7934), and February 2, 2016 (*see* ECF No. 20, in Civil Action No. 15-cv-3935) as amended most recently by the Court's Order of April 15, 2016 (ECF No. 55, in Civil Action No. 14-cv-7934), (collectively, "10/17/14 Scheduling Order"), in the above-captioned actions be modified as follows:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| • Expert Discovery: responsive expert reports due: | May 24, 2016 | June 24, 2016 |
| • Expert Discovery: reply expert reports due: | June 21, 2016 | July 29, 2016 |
| • Expert Discovery: all expert discovery, including depositions, to be completed no later than: | July 26, 2016 | September 23, 2016 |
| • Deadline to file a letter seeking leave to file dispositive motions | August 19, 2016 | October 14, 2016 |

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| • Final Pretrial Submission Date | August 26, 2016 | October 21, 2016 |
| • Trial | September 2016, or at the Court's earliest convenience | November 2016, or at the Court's earliest convenience |

The parties to Civil Action No. 15-cv-3935 have previously requested or received two (2) extensions to the above deadlines. The parties to the remaining cases have previously requested and received up to six extensions for the following deadlines. The parties have made fourteen total previous requests for extension with regard to certain deadlines in the 10/17/14 Scheduling Order, which the Court granted.

Dated: May 11, 2016

Respectfully submitted,

_(signature)_

_____

Jennifer L. Dereka
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
Chrysler Center, 666 Third Avenue
New York, NY 10017
(212) 935-3000
JLDereka@mintz.com

David G. Conlin (admitted *pro hac vice*)
Kathleen B. Carr (admitted *pro hac vice*)
Adam P. Samansky
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
DGConlin@mintz.com
KBCcarr@mintz.com
APSamansky@mintz.com

*Attorneys for Plaintiffs*
*Kowa Company, Ltd.*
*Kowa Pharmaceuticals America, Inc. and*
*Nissan Chemical Industries, Ltd.*

_____

Jennifer N. Scarpati
Constance S. Huttner
Dmitry V. Shelhoff
Caroline Sun
BUDD LARNER, PC
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
(973) 379-4800
jscarpati@buddlarner.com
chuttner@buddlarner.com
dshelhoff@buddlarner.com
csun@buddlarner.com

*Attorneys for Defendant*
*Amneal Pharmaceuticals LLC*

Dated: May 11, 2016

Respectfully submitted,

_____

Jennifer L. Dereka
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
Chrysler Center, 666 Third Avenue
New York, NY 10017
(212) 935-3000
JLDereka@mintz.com

David G. Conlin (admitted *pro hac vice*)
Kathleen B. Carr (admitted *pro hac vice*)
Adam P. Samansky
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
DGConlin@mintz.com
KBCcarr@mintz.com
APSamansky@mintz.com

*Attorneys for Plaintiffs*
*Kowa Company, Ltd.*
*Kowa Pharmaceuticals America, Inc. and*
*Nissan Chemical Industries, Ltd.*

_____

Jennifer N. Scarpati
Constance S. Huttner
Dmitry V. Shelhoff
Caroline Sun
BUDD LARNER, PC
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
(973) 379-4800
jscarpati@buddlarner.com
chuttner@buddlarner.com
dshelhoff@buddlarner.com
csun@buddlarner.com

*Attorneys for Defendant*
*Amneal Pharmaceuticals LLC*

5

Arnold B. Calmann
Jakob B. Halpern
SAIBER LLC
One Gateway Center, Suite 1000
Newark, NJ  07102
(973) 622-3333
acalmann@saiber.com
jhalpern@saiber.com

Of Counsel

William A. Rakoczy
Deanne M. Mazzochi
Amy D. Brody
Luke T. Shannon
Thomas R. Burns
Natasha L. White
Helena O. Berezowskyj
Conly S. Wythers
RAKOCZY MOLINO MAZZOCHI SIWIK
LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60654
(312) 222-6301
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
abrody@rmmslegal.com
lshannon@rmmslegal.com
tburns@rmmslegal.com
nwhite@rmmslegal.com
hberezowskyj@rmmslegal.com
cwythers@rmmslegal.com

*Attorneys for Defendants*
*Mylan Pharmaceuticals Inc. and Mylan Inc.*

Natalie C. Clayton
Paki Banky
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9573
natalie.clayton@alston.com
paki.banky@alston.com

*Attorneys for Defendant*
*Orient Pharma Co., Ltd.*


Craig S. Kesch
FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP
One Liberty Plaza
New York, NY 10006-1404
(212) 412-9500
ckesch@fzwz.com

Of Counsel

Chidambaram S. Iyer
Michael R. Dzwonczyk
Azadeh S. Kokabi
SUGHRUE MION PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7060
ciyer@sughrue.com
mdzwonczyk@sughrue.com
akokabi@sughrue.com

*Attorneys for Defendants*
*Sawai USA Inc. and Sawai Pharmaceutical*
*Co., Ltd.*

Natalie C. Clayton
Paki Banky
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9573
natalie.clayton@alston.com
paki.banky@alston.com

*Attorneys for Defendant*
*Orient Pharma Co., Ltd.*

*Chidambaram Iyer*

Craig S. Kesch
FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP
One Liberty Plaza
New York, NY 10006-1404
(212) 412-9500
ckesch@fzwz.com

Of Counsel

Chidambaram S. Iyer
Michael R. Dzwonczyk
Azadeh S. Kokabi
SUGHRUE MION PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7060
ciyer@sughrue.com
mdzwonczyk@sughrue.com
akokabi@sughrue.com

*Attorneys for Defendants*
*Sawai USA Inc. and Sawai Pharmaceutical*
*Co., Ltd.*

Steven J. Moore
John Winterle
WITHERS BERGMAN LLP
600 Steamboat Road
Greenwich, CT 06810
(203) 302-4069
steven.moore@withersworldwide.com
john.winterle@withersworlwide.com

*Attorneys for Defendants*
*Zydus Pharmaceuticals (USA) Inc. and*
*Cadila Healthcare Limited*


Joseph N. Froehlich
LOCKE LORD LLP
200 Vesey Street
New York, NY 10281
(212) 415-8600
jfroehlich@lockelord.com

Keith D. Parr () (312-443-0497)
David B. Abramowitz () (312-443-0591)
Andy J. Miller () (312-443-1717)
Nina Vachhani () (312-443-1874)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
kparr@lockelord.com
dabramowitz@lockelord.com
amiller@lockelord.com
nvachhani@lockelord.com

*Attorneys for Defendants Apotex, Inc. and*
*Apotex Corp.*

Steven J. Moore
John Winterle
WITHERS BERGMAN LLP
600 Steamboat Road
Greenwich, CT 06810
(203) 302-4069
steven.moore@withersworldwide.com
john.winterle@withersworlwide.com

*Attorneys for Defendants*
*Zydus Pharmaceuticals (USA) Inc. and*
*Cadila Healthcare Limited*

Joseph N. Froehlich
LOCKE LORD LLP
200 Vesey Street
New York, NY 10281
(212) 415-8600
jfroehlich@lockelord.com

Keith D. Parr () (312-443-0497)
David B. Abramowitz () (312-443-0591)
Andy J. Miller () (312-443-1717)
Nina Vachhani () (312-443-1874)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
kparr@lockelord.com
dabramowitz@lockelord.com
amiller@lockelord.com
nvachhani@lockelord.com

*Attorneys for Defendants Apotex, Inc. and*
*Apotex Corp.*

_____
Beth D. Jacob
BJacob@kelleydrye.com
Clifford Katz
CKatz@kelleydrye.com
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
(212) 808-7800

Douglass C. Hochstetler
dhochstetler@kelleydrye.com
Constantine Koutsoubas
ckoutsoubas@kelleydrye.com
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
312-857-7070
*Attorneys for Defendants*
*Lupin Limited and Lupin Pharmaceuticals,*
*Inc.*

**SO ORDERED:**

_____
**U.S.D.J.**

5-13-16

9